UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | CR-06-92-FVS |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT AND QUASHING WARRANT |
| IGNACIO SANDOVAL-MURILLO, | |
| Defendant. | **Attention:  United States Marshals Service** |

**THE UNITED STATES** having moved both to dismiss the indictment and quash an arrest warrant; Now, therefore

**IT IS HEREBY ORDERED**:

The "United States' Motion to Dismiss" (ECF No. 10) is granted.  The indictment is dismissed and the arrest warrant is quashed.

**IT IS SO ORDERED**.  The District Court Executive is hereby directed to file this Order and furnish copies to the United States Marshals Service and to counsel for the plaintiff.

**DATED** this 8th day of January, 2016.


s/Fred Van Sickle
FRED VAN SICKLE
Senior United States District Judge